| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Deputy |
| 3 | FREDERICK P. SHEINFIELD, State Bar #142256 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:       (415) 554-3872 |
| 6 | Facsimile:         (415) 554-3837 |
|   | E-Mail:            rick.sheinfield@sfgov.org |

Attorneys for Defendant
Leonard F. Poggio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY ALAN SIMS, | Case No. C 09-2519 SBA (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION (N.D. CIVIL L. R. 6-1(B) 6-3; 7-11)** |
| vs. | |
| LEONARD F. POGGIO, SHAWN MANNING, | Hearing Date:       Waived |
| Defendants. | Date Action Filed:  June 5, 2009 |
|  | Trial Date:         Not Set |

GOOD CAUSE APPEARING, Defendant's motion for more time to file dispositive motion is GRANTED. Defendant shall have an additional ninety (90) days, from November 29, 2010 to February 28, 2011, to file a dispositive motion.

DATED: 11/29/10

*/s/ Sandra B. Armstrong*
HON. SANDRA BROWN ARMSTRONG
United States District Court

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUSTY ALAN SIMS,

        Plaintiff,

 v.

LEONARD F PUGGIO et al,

        Defendant.
                                    /

Case Number: CV09-02519 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rusty Alan Sims T-75226
California State Prison - San Quentin
P.O. Box 75226
San Quentin, CA 94974

Dated: November 30, 2010

                                   Richard W. Wieking, Clerk
                                       By: LISA R CLARK, Deputy Clerk

# PROOF OF SERVICE

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On November 17, 2010, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION (N.D. CIVIL L. R. 6-1(B) 6-3; 7-11)**

on the following persons at the locations specified:

Rusty Alan Sims, Pro Per T-75226
California State Prison – San Quentin
San Quentin, CA 94964

Rusty Alan Sims
10679841
San Francisco County Jail -San Bruno Complex
1 Moreland Drive
P.O. Box 67
San Bruno, CA 94066

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above.  The fax transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 17, 2010, at San Francisco, California.

/s/
ANNA BURCIAGA