1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  FREDERICK P. SHEINFIELD, State Bar #142256
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3872
6  Facsimile:     (415) 554-3837
   E-Mail:        rick.sheinfield@sfgov.org
7
   Attorneys for Defendant
8  Leonard F. Poggio

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | RUSTY ALAN SIMS,                  Case No. C 09-2519 SBA (PR)

13 |         Plaintiff,                REQUEST FOR DISMISSAL;
                                       PROPOSED ORDER OF DISMISSAL
14 |   vs.

15 | LEONARD F. POGGIO, SHAWN
     MANNING,
16 |
              Defendants.
17

18

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20       A settlement agreeable to all parties has been reached in the above-mentioned matter. The

21  parties respectfully request that this case be dismissed with prejudice. Each party to bear its own costs

22  and attorneys fees.

23  Dated:  11-20-10

24
                                                               /
25
                                    By: _____
26                                      RUSTY ALAN SIMS
                                        In Pro Per     Rusty Sims  11-20-10
27

28

Request for Dismissal                          1                    n:\lit\li2010\101145\00661855.doc
Sims vs. Poggio, et al. USDC No. 09-2519 SBA (PR)

Dated: 11/29/2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
FREDERICK P. SHEINFIELD
Deputy City Attorney

By: _____
FREDERICK P. SHEINFIELD

Attorneys for Defendant
LEONARD F. POGGIO

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/2/10

_____
HON. SAUNDRA B. ARMSTRONG
United States District Court Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On November 30, 2010, I served the following document(s):

**Request for Dismissal; Proposed Order of Dismissal**

on the following persons at the locations specified:

Rusty Alan Sims, Pro Per 10679841
San Francisco County Jail
San Bruno Complex
1 Moreland Drive
P.O. Box 67
San Bruno, CA 94066

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached or ☐ will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed November 30, 2010, at San Francisco, California.

/s/
_____
ANNA BURCIAGA

Request for Dismissal
Sims vs. Poggio, et al. USDC No. 09-2519 SBA (PR)

3

n:\lit\li2010\101145\00661855.doc